APPEARANCE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**NO.** 13-1816

A.D. Smith, et al.

**vs.**

Palestine-Wheatley School District, et al.

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Palestine-Wheatley School District Board of Education

s/ George Jay Bequette, Jr.
**ATTORNEY NAME**

Bequette & Billingsley, P.A.
**FIRM NAME**

425 West Capitol Avenue, Suite 3200
**STREET or P.O. BOX**

Little Rock, AR 72201-3469
**CITY, STATE, ZIP**

(501) 374-1107
**OFFICE PHONE NUMBER**

(501) 374-5092
**FACSIMILE NUMBER**

jbequette@bbpalaw.com
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

☑ I hereby certify that on April 16, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

s/ George Jay Bequette, Jr.