APPEARANCE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NO. 13-1816

A.D. Smith, et al.

vs.

Palestine-Wheatley School Dist, et al.

**The Clerk will enter my appearance as Counsel for the following party(s): (please specify)** A.D. Smith, et al.

s/ John W. Walker
ATTORNEY NAME

John W. Walker, P.A.
FIRM NAME

1723 Broadway Street
STREET or P.O. BOX

Little Rock, Arkansas 72206-1220
CITY, STATE, ZIP

(501) 374-3758
OFFICE PHONE NUMBER

(501) 374-4187
FACSIMILE NUMBER

johnwalkeratty@aol.com
E-MAIL ADDRESS

## CERTIFICATE OF SERVICE

✔ I hereby certify that on April 29, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

s/ John W. Walker