APPEARANCE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NO. 13-1816

A.D. Smith, et al.

vs.

Board of Education of the Palestine-Wheatley School District, et al.

**The Clerk will enter my appearance as Counsel for the following party(s): (please specify)** A.D. Smith, et al.

s/ Terrence Cain
**ATTORNEY NAME**

Terrence Cain Attorney at Law
**FIRM NAME**

208 Brown Street
**STREET or P.O. BOX**

Little Rock, Arkansas 72205-5841
**CITY, STATE, ZIP**

(501) 664-7512
**OFFICE PHONE NUMBER**

(501) 664-6013
**FACSIMILE NUMBER**

terrencecain@windstream.net
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

✔ I hereby certify that on April 29, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

s/ Terrence Cain