# United States Court of Appeals
# for the Eighth Circuit

| | |
|---|---|
| A.D. Smith; Herman Privett; Lillie Burnette; L.V. Applewhite; Johnny Leon; James Leon; Velma Metcalf; Brenda Summers; Myrtle Jordan; Ethel Watson; Lynette Duncan; Donna Henard; Ruth Ward; Joann Thomas; | Plaintiffs – Appellants |

Arkansas Department of Education

v.                     Case No. 13-1816

| | |
|---|---|
| Board of Education of the Palestine-Wheatley School District; | Defendants – Appellees |

Fred Johnson; Fred Cowan;
Harold Gore; Ransom Smith;
Ann Long; Greg Stewart;
Terrie McGraw; Donald Huckaby;
Brent Howtan;

St. Francis County Board of Education;

John Clifton,
Member of the St. Francis County Board of Education;

Bill Jayroe,
Member of the St. Francis County Board of Education,

Thomas McDaniel,
Member of the St. Francis County Board of Education;

Fairy A. Owens,
Member of the St. Francis County Board of Education;

Linda A. Wies,
Member of the St. Francis County Board of Education;

St. Francis County Election Commission;

**Luther Lieblong,**
**Chairman of the St. Francis County Election Commission;**

**Kersh Hall,**
**Member of the St. Francis County Election Commission;**

**Steve Hollowell,**
**Member of the St. Francis County Election Commission;**

**The Appellants' Notice of Intent to Proceed by Separate Appendix**

Please take notice that the Appellants intend to file a Separate Appendix pursuant to 8th Cir. R. 30A(b)(3).

                                        Respectfully submitted,

                                        <u>/s/ John W. Walker</u>
                                        Ark. Sup. Ct. Reg. No. 64046
                                        John W. Walker, P.A.
                                        1723 Broadway Street
                                        Little Rock, Arkansas 72206-1220
                                        Telephone (501) 374-3758
                                        Facsimile (501) 374-4187
                                        Email johnwalkeratty@aol.com

                                        <u>/s/ Terrence Cain</u>
                                        Ark. Sup. Ct. Reg. No. 99128
                                        Attorney at Law
                                        208 Brown Street
                                        Little Rock, Arkansas 72205-5841
                                        Telephone (501) 664-7512
                                        Facsimile (501) 664-6013
                                        Email terrencecain@windstream.net

## Certificate of Service

We certify that on April 30, 2013, we electronically filed this APPELLANTS' NOTICE OF INTENT TO PROCEED BY SEPARATE APPENDIX with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. We certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ John W. Walker
John W. Walker

/s/ Terrence Cain
Terrence Cain

Appellate Case: 13-1816    Page: 3    Date Filed: 04/30/2013 Entry ID: 4030735