## United States Court of Appeals
## for the Eighth Circuit

| | |
|---|---|
| A.D. Smith; Herman Privett; Lillie Burnette; L.V. Applewhite; Johnny Leon; James Leon; Velma Metcalf; Brenda Summers; Myrtle Jordan; Ethel Watson; Lynette Duncan; Donna Henard; Ruth Ward; Joann Thomas; | Plaintiffs – Appellants |

Arkansas Department of Education

v.                                    Case No. 13-1816

| | |
|---|---|
| Board of Education of the Palestine-Wheatley School District; | Defendants – Appellees |

Fred Johnson; Fred Cowan;
Harold Gore; Ransom Smith;
Ann Long; Greg Stewart;
Terrie McGraw; Donald Huckaby;
Brent Howtan;

St. Francis County Board of Education;

John Clifton,
Member of the St. Francis County Board of Education;

Bill Jayroe,
Member of the St. Francis County Board of Education,

Thomas McDaniel,
Member of the St. Francis County Board of Education;

Fairy A. Owens,
Member of the St. Francis County Board of Education;

Linda A. Wies,
Member of the St. Francis County Board of Education;

St. Francis County Election Commission;

Luther Lieblong,
Chairman of the St. Francis County Election Commission;

Kersh Hall,
Member of the St. Francis County Election Commission;

Steve Hollowell,
Member of the St. Francis County Election Commission;

## The Appellants' Transcript Order

Pursuant to Fed. R. App. P. 10(b)(1)(A), the Appellants have ordered the transcript of the hearing held on September 20, 2012 on the motion to modify or terminate the consent decree.

Respectfully submitted,

/s/ John W. Walker
Ark. Sup. Ct. Reg. No. 64046
John W. Walker, P.A.
1723 Broadway Street
Little Rock, Arkansas 72206-1220
Telephone (501) 374-3758
Facsimile (501) 374-4187
Email johnwalkeratty@aol.com

/s/ Terrence Cain
Ark. Sup. Ct. Reg. No. 99128
Attorney at Law
208 Brown Street
Little Rock, Arkansas 72205-5841
Telephone (501) 664-7512
Facsimile (501) 664-6013
Email terrencecain@windstream.net

2

Appellate Case: 13-1816     Page: 2     Date Filed: 04/30/2013 Entry ID: 4030740

## Certificate of Service

We certify that on April 30, 2013, we electronically filed this THE APPELLANTS' TRANSCRIPT ORDER with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. We certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ John W. Walker
John W. Walker

/s/ Terrence Cain
Terrence Cain