# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1816

A. D. Smith, et al.

Appellants

Arkansas Department of Education

v.

Board of Education of the Palestine-Wheatley School District, et al.

Appellees

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(2:89-cv-00036-SWW)

___

**ORDER**

Appellants' motion for an extension of time to file the brief is granted. Appellants may have until June 18, 2013 to file the brief.

June 03, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans